# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **CASE NO: 6:24-mj-1162-EJK**

**MANUEL GARCIA**

AUSA: Dana Hill

Defense Attorney: Nicole Mouakar, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD** United States Magistrate Judge | DATE AND TIME: | **February 20, 2024** 2:09 P.M.-2:34 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 25 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Rosa Ospina/Spanish | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C)

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant-No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the count in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings.
Government oral motion for release- Motion granted- Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.